EEOC Form 161 (11/16)

## U.S. Equal Employment Opportunity Commission

## Dismissal and Notice of Rights

To:  **Mark Pannek**
**5657 Hamilton Trail**
**Liberty Twp, OH 45011**

From:  **Cincinnati Area Office**
**John W. Peck Fed. Bldg**
**550 Main St  Room 10-019**
**Cincinnati, OH 45202**

| | |
|---|---|
| ☐ | On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a)) |

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 473-2018-01514 | **William D. Coleman,** Investigator | **(513) 684-7337** |

### THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☒ The EEOC issues the following determination:  Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes.  This does not certify that the respondent is in compliance with the statutes.  No finding is made as to any other issues that might be construed as having been raised by this charge.

☐ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other (briefly state)

### - NOTICE OF SUIT RIGHTS -

*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court.  Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost.  (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment.  This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

*Melanie L. Breen*

**Melanie L. Breen,**
**Area Office Director**

JUL 1 0 2019
*(Date Mailed)*

Enclosures(s)

cc:
**Kara Wendell**
**Employee Relations Project Analyst**
**U.S. Bank**
**800 Nicollet Mall**
**Minneapolis, MN 55402**

**Joshua M. Smith, Esq.**
**STAGNARO, SABA & PATTERSON CO., L.P.A.**
**2623 Erie Avenue**
**Cincinnati, OH 45208**

Enclosure with EEOC
Form 161 (11/16)

# INFORMATION RELATED TO FILING SUIT
## UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court under Federal law.*
*If you also plan to sue claiming violations of State law, please be aware that time limits and other*
*provisions of State law may be shorter or more limited than those described below.)*

**PRIVATE SUIT RIGHTS** -- **Title VII of the Civil Rights Act, the Americans with Disabilities Act (ADA), the Genetic Information Nondiscrimination Act (GINA), or the Age Discrimination in Employment Act (ADEA):**

In order to pursue this matter further, you must file a lawsuit against the respondent(s) named in the charge **within 90 days** of the date you *receive* this Notice. Therefore, you should **keep a record of this date.** Once this 90-day period is over, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and its envelope, and tell him or her the date you received it. Furthermore, in order to avoid any question that you did not act in a timely manner, it is prudent that your suit be filed **within 90 days of the date this Notice was** *mailed* **to you** (as indicated where the Notice is signed) or the date of the postmark, if later.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. (Usually, the appropriate State court is the general civil trial court.) Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. Filing this Notice is not enough. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Courts often require that a copy of your charge must be attached to the complaint you file in court. If so, you should remove your birth date from the charge. Some courts will not accept your complaint where the charge includes a date of birth. Your suit may include any matter alleged in the charge or, to the extent permitted by court decisions, matters like or related to the matters alleged in the charge. Generally, suits are brought in the State where the alleged unlawful practice occurred, but in some cases can be brought where relevant employment records are kept, where the employment would have been, or where the respondent has its main office. If you have simple questions, you usually can get answers from the office of the clerk of the court where you are bringing suit, but do not expect that office to write your complaint or make legal strategy decisions for you.

**PRIVATE SUIT RIGHTS** -- **Equal Pay Act (EPA):**

EPA suits must be filed in court within 2 years (3 years for willful violations) of the alleged EPA underpayment: back pay due for violations that occurred **more than 2 years (3 years)** before you file suit may not be collectible. For example, if you were underpaid under the EPA for work performed from 7/1/08 to 12/1/08, you should file suit *before 7/1/10 – not* 12/1/10 -- in order to recover unpaid wages due for July 2008. This time limit for filing an EPA suit is separate from the 90-day filing period under Title VII, the ADA, GINA or the ADEA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA or the ADEA, in addition to suing on the EPA claim, suit must be filed within 90 days of this Notice **and** within the 2- or 3-year EPA back pay recovery period.

**ATTORNEY REPRESENTATION** -- **Title VII, the ADA or GINA:**

If you cannot afford or have been unable to obtain a lawyer to represent you, the U.S. District Court having jurisdiction in your case may, in limited circumstances, assist you in obtaining a lawyer. Requests for such assistance must be made to the U.S. District Court in the form and manner it requires (you should be prepared to explain in detail your efforts to retain an attorney). Requests should be made well before the end of the 90-day period mentioned above, because such requests do not relieve you of the requirement to bring suit within 90 days.

**ATTORNEY REFERRAL AND EEOC ASSISTANCE** -- **All Statutes:**

You may contact the EEOC representative shown on your Notice if you need help in finding a lawyer or if you have any questions about your legal rights, including advice on which U.S. District Court can hear your case. If you need to inspect or obtain a copy of information in EEOC's file on the charge, please request it promptly in writing and provide your charge number (as shown on your Notice). While EEOC destroys charge files after a certain time, all charge files are kept for at least 6 months after our last action on the case. Therefore, if you file suit and want to review the charge file, **please make your review request within 6 months** of this Notice. (Before filing suit, any request should be made within the next 90 days.)

*IF YOU FILE SUIT, PLEASE SEND A COPY OF YOUR COURT COMPLAINT TO THIS OFFICE.*

Enclosures(s)

cc: **Lisa M. Schmid**
**U.S. BANK**
**US Bancorp Center, Minneapolis**
**800 Nicollet Mall**
**Minneapolis, MN 55402**

| EEOC Form 5 (5/01) | | | |
|---|---|---|---|

<table>
<tr>
<td colspan="2"><strong>CHARGE OF DISCRIMINATION</strong><br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act<br>Statement and other information before completing this form.</td>
<td>Charge Presented To:<br><br>☐ FEPA<br>☒ EEOC</td>
<td>Agency(ies) Charge<br>No(s):<br><br>473-2018-01514</td>
</tr>
</table>

JUL 2 6 2018
RECEIVED

|   |   |
|---|---|
|   | and EEOC |

*State or local Agency, if any*

| Name *(indicate Mr., Ms., Mrs.)* | Home Phone *(Incl. Area Code)* | Date of Birth |
|---|---|---|
| **Mr. Mark Pannek** | **513-379-8493** | **05/06/1964** |

| Street Address | City, State and ZIP Code |
|---|---|
| **5657 Hamilton Trail** | **Liberty Township, Ohio 45011** |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|
| **US Bancorp** | **50+** | **(612) 303-3671** |

| Street Address | City, State and ZIP Code |
|---|---|
| **800 Nicollet Mall, BC-MN-H21N** | **Minneapolis, MN 55402** |

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|
|  |  |  |

| Street Address | City, State and ZIP Code |
|---|---|
|  |  |

DISCRIMINATION BASED ON *(Check appropriate box(es).)*

☐ RACE  ☐ COLOR  ☒ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☒ RETALIATION  ☒ AGE  ☐ DISABILITY  ☐ OTHER *(Specify below.)*

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: **10/2017**  Latest: **5/15/2018**

☐ CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

1. I am a male over the age of 40 and former employee of U.S. Bancorp ("US Bank")
2. I was employed by US Bank from approximately August 28, 2017 until May 15, 2018, my date of termination.
3. During my employment, I witnessed and was subjected to sexually inappropriate, unwelcome, and harassing behavior and comments in the workplace, including by one of my supervisors, John Gemrich, Senior Vice President of Lending Services.
4. During my employment, Mr. Gemrich frequently made sexually inappropriate comments about females which I found unwelcome, offensive, and degrading to myself and to women in general.
5. By way of example, Mr. Gemrich would repeatedly make statements about how much "p***y he gets," how he can "hit any p***y he wants," that he considers himself to be a "f***ing unicorn on the dating scene," and that he can "get any girl he wants."
6. Mr. Gemrich also sent an inappropriate and demeaning e-mail regarding one of his female subordinates to multiple other employees. A complaint was submitted to HR by this employee's manager regarding this e-mail, to which Mr. Gemrich responded during a staff meeting what a "bitch she was for going to HR."
7. Mr. Gemrich's behavior permeated throughout the workplace, and created a hostile work environment for myself and others.
8. In or about the Spring of 2018, I called US Bank's Ethics Line to file a complaint (#127146408) regarding Mr. Gemrich's inappropriate and demeaning behavior. In this complaint, I referenced many of the sexually inappropriate and demeaning remarks set forth above. I also provided US Bank with a number of witnesses to Mr. Gemrich's behavior, including my co-worker Tom Strotman.
9. In response, myself and a number of other employees were interviewed by Laurie Gray, US Bank's HR Business Partner. During my interview with Ms. Gray, I conveyed the same concerns regarding Mr. Gemrich's inappropriate behavior.

10. On or about April 27, 2018, I was again interviewed, this time by Diane Watson (VP of HR) and Bryan Bolton, my direct supervisor at the time. During this interview, I again conveyed my concerns regarding Mr. Gemrich's sexually inappropriate behavior, but was told the meeting was only to address a separate issue regarding an inappropriate bet Mr. Gemrich coerced me into taking.

11. Also during this meeting, Mr. Bolton expressed his preference that I reach out directly to him regarding concerns rather than filing an ethics complaint, despite the ethics complaint being a clearly established policy by which employees can file complaints.

12. Shortly thereafter, on May 15, 2018, myself and Thomas Strotman, one of the other witnesses to Mr. Gemrich's behavior, were terminated.

13. In terminating my employment, US Bank claimed it was due to a "reorganization" and that the Company "simply did not have another available role" for me.

14. Despite claiming there was no other available role, there were at least two open risk management positions at that time, both of which directly reported to Mr. Bolton, and for which I was highly qualified given my years of experience in the field.

15. Additionally, another younger employee in my role, Alyson Roberts (age 39) was retained over me, despite being far less qualified and having far less years of experience than me.

16. The reason for my termination is false, and the real reason for my termination was in retaliation for my opposition to Mr. Gemrich's sexually inappropriate behavior, and complaints to US Bank regarding the same.

17. The reason for my termination was also based upon my age.

This charge is not dual filed with the OCRC. No investigation by the OCRC is requested as I wish to retain my rights to pursue a claim against US Bank for discrimination and retaliation under Ohio law; any submission of this charge to the OCRC should be done only to protect federal rights.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |
| 7-24-2018     Date       Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year)  JOSHUA M. SMITH, Attorney At Law NOTARY PUBLIC STATE OF OHIO My Commission has no expiration date Sec. 147.03 R.C. |

EEOC, CINCINNATI AREA OFFICE

JUL 2 6 2018

RECEIVED

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

| To: | Thomas Strotman<br>5012 Midfield Road<br>Cincinnati, OH 45244 | From: | Cincinnati Area Office<br>John W. Peck Fed. Bldg<br>550 Main St  Room 10-019<br>Cincinnati, OH 45202 |
|---|---|---|---|

| ☐ | On behalf of person(s) aggrieved whose identity is<br>*CONFIDENTIAL (29 CFR §1601.7(a))* | | |
|---|---|---|---|

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| **473-2018-01512** | **William D. Coleman,**<br>**Investigator** | **(513) 684-7337** |

## THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X] The EEOC issues the following determination:  Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes.  This does not certify that the respondent is in compliance with the statutes.  No finding is made as to any other issues that might be construed as having been raised by this charge.

☐ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other *(briefly state)*

## - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court.  Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost.  (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment.  This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

*Melanie L Breen*

**Melanie L. Breen,**
**Area Office Director**

JUL 1 0 2019

*(Date Mailed)*

Enclosures(s)

cc:
| Kara Wendell<br>Employee Relations Project Analyst<br>U.S. Bank<br>800 Nicollet Mall<br>Minneapolis, MN 55402 | Joshua M. Smith, Esq.<br>STAGNARO, SABA & PATTERSON CO., L.P.A.<br>2623 Erie Avenue<br>Cincinnati, OH 45208 |
|---|---|

# INFORMATION RELATED TO FILING SUIT
## UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court <u>under Federal law</u>.
If you also plan to sue claiming violations of State law, please be aware that time limits and other
provisions of State law may be shorter or more limited than those described below.)*

**PRIVATE SUIT RIGHTS**      --      **Title VII of the Civil Rights Act, the Americans with Disabilities Act (ADA), the Genetic Information Nondiscrimination Act (GINA), or the Age Discrimination in Employment Act (ADEA):**

In order to pursue this matter further, you must file a lawsuit against the respondent(s) named in the charge **within 90 days** of the date you *receive* this Notice. Therefore, you should **keep a record of this date**. Once this 90-day period is over, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and its envelope, and tell him or her the date you received it. Furthermore, in order to avoid any question that you did not act in a timely manner, it is prudent that your suit be filed **within 90 days of the date this Notice was** *mailed* **to you** (as indicated where the Notice is signed) or the date of the postmark, if later.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. (Usually, the appropriate State court is the general civil trial court.) Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. Filing this Notice is not enough. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Courts often require that a copy of your charge must be attached to the complaint you file in court. If so, you should remove your birth date from the charge. Some courts will not accept your complaint where the charge includes a date of birth. Your suit may include any matter alleged in the charge or, to the extent permitted by court decisions, matters like or related to the matters alleged in the charge. Generally, suits are brought in the State where the alleged unlawful practice occurred, but in some cases can be brought where relevant employment records are kept, where the employment would have been, or where the respondent has its main office. If you have simple questions, you usually can get answers from the office of the clerk of the court where you are bringing suit, but do not expect that office to write your complaint or make legal strategy decisions for you.

**PRIVATE SUIT RIGHTS**   --   **Equal Pay Act (EPA):**

EPA suits must be filed in court within 2 years (3 years for willful violations) of the alleged EPA underpayment: back pay due for violations that occurred **more than 2 years (3 years)** before you file suit may not be collectible. For example, if you were underpaid under the EPA for work performed from 7/1/08 to 12/1/08, you should file suit before 7/1/10 – *not* 12/1/10 -- in order to recover unpaid wages due for July 2008. This time limit for filing an EPA suit is separate from the 90-day filing period under Title VII, the ADA, GINA or the ADEA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA or the ADEA, in addition to suing on the EPA claim, suit must be filed within 90 days of this Notice <u>and</u> within the 2- or 3-year EPA back pay recovery period.

**ATTORNEY REPRESENTATION**   --   **Title VII, the ADA or GINA:**

If you cannot afford or have been unable to obtain a lawyer to represent you, the U.S. District Court having jurisdiction in your case may, in limited circumstances, assist you in obtaining a lawyer. Requests for such assistance must be made to the U.S. District Court in the form and manner it requires (you should be prepared to explain in detail your efforts to retain an attorney). Requests should be made well before the end of the 90-day period mentioned above, because such requests do <u>not</u> relieve you of the requirement to bring suit within 90 days.

**ATTORNEY REFERRAL AND EEOC ASSISTANCE**   --   **All Statutes:**

You may contact the EEOC representative shown on your Notice if you need help in finding a lawyer or if you have any questions about your legal rights, including advice on which U.S. District Court can hear your case. If you need to inspect or obtain a copy of information in EEOC's file on the charge, please request it promptly in writing and provide your charge number (as shown on your Notice). While EEOC destroys charge files after a certain time, all charge files are kept for at least 6 months after our last action on the case. Therefore, if you file suit and want to review the charge file, **please make your review request <u>within 6 months</u> of this Notice**. (Before filing suit, any request should be made within the next 90 days.)

*IF YOU FILE SUIT, PLEASE SEND A COPY OF YOUR COURT COMPLAINT TO THIS OFFICE.*

Enclosures(s)

cc: **Lisa M. Schmid**
**U.S. BANK**
**US Bancorp Center, Minneapolis**
**800 Nicollet Mall**
**Minneapolis, MN 55402**

EEOC Form 5 (5/01)

# CHARGE OF DISCRIMINATION

JUL 2 6 2018

RECEIVED

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

| Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|
| ☐ FEPA | |
| ☒ EEOC | 473-2018-01512 |

and
EEOC

State or local Agency, if any

| Name *(indicate Mr., Ms., Mrs.)* | Home Phone *(Incl. Area Code)* | Date of Birth |
|---|---|---|
| Mr. Thomas Strotman | 513-549-8771 | 11/01/1968 |

| Street Address | City, State and ZIP Code |
|---|---|
| 5012 Midfield Road | Cincinnati, Ohio 45244 |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|
| US Bancorp | 50+ | (612) 303-3671 |

| Street Address | City, State and ZIP Code |
|---|---|
| 800 Nicollet Mall, BC-MN-H21N | Minneapolis, MN 55402 |

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

DISCRIMINATION BASED ON *(Check appropriate box(es).)*

☐ RACE ☐ COLOR ☒ SEX ☐ RELIGION ☐ NATIONAL ORIGIN

☒ RETALIATION ☒ AGE ☐ DISABILITY ☐ OTHER *(Specify below.)*

| DATE(S) DISCRIMINATION TOOK PLACE | |
|---|---|
| Earliest | Latest |
| 10/2017 | 5/15/2018 |

☐ CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

1. I am a male over the age of 40 and former employee of U.S. Bancorp ("US Bank")
2. I was employed by US Bank from approximately January 9, 2017 until May 15, 2018, my date of termination.
3. During my employment, I witnessed and was subjected to sexually inappropriate, unwelcome, and harassing behavior and comments in the workplace, including by one of my supervisors, John Gemrich, Senior Vice President of Lending Services.
4. During my employment, Mr. Gemrich frequently made sexually inappropriate comments about females which I found unwelcome, offensive, and degrading to myself and to women in general.
5. By way of example, Mr. Gemrich would repeatedly make statements about how much "p***y he gets," how he can "hit any p***y he wants," that he considers himself to be a "f***ing unicorn on the dating scene," and that he can "get any girl he wants."
6. Mr. Gemrich also sent an inappropriate and demeaning e-mail regarding one of his female subordinates to multiple other employees. A complaint was submitted to HR by this employee's manager regarding this e-mail, to which Mr. Gemrich responded during a staff meeting what a "bitch she was for going to HR."
7. Mr. Gemrich's behavior permeated throughout the workplace, and created a hostile work environment for myself and others.
8. I consulted with at least three of my direct reports, each of which also conveyed to me the inappropriate, demeaning, and harassing comments Mr. Gemrich made to them and others.
9. Following a complaint (#127146408) to US Bank's Ethics line, initiated by my co-worker Mark Pannek, I was interviewed by US Bank's HR Business Partner, Laurie Gray. During my interview with Ms. Gray, I conveyed the same concerns, comments, and behaviors that I (and others on my team) had witnessed with respect to Mr. Gemrich.
10. Shortly thereafter, on May 15, 2018, myself and Mark Pannek were terminated.

11. In terminating my employment, US Bank claimed it was due to a "reorganization" and that the Company "simply did not have another available role" for me.
12. Despite claiming there was no other available role, there were at least two open risk management positions at that time, both of which directly reported to Mr. Bolton, and for which I was highly qualified given my years of experience in the field.
13. I was also selected for termination despite being more qualified than other younger, less experienced employees on my team.
14. This reason for my termination is false, and the real reason for my termination was in retaliation for my opposition to Mr.Gemrich's sexually inappropriate behavior, and my participation in US Bank's investigation into complaints about a hostile work environment.
15. The reason for my termination was also based on my age.

This charge is not dual filed with the OCRC. No investigation by the OCRC is requested as I wish to retain my rights to pursue a claim against US Bank for discrimination and retaliation under Ohio law; any submission of this charge to the OCRC should be done only to protect federal rights.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| I declare under penalty of perjury that the above is true and correct. | |
| _7-24-18_     _[signature]_ <br> Date            Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(month, day, year)<br>JOSHUA M. SMITH, Attorney At Law<br>NOTARY PUBLIC - STATE OF OHIO<br>My commission has no expiration date<br>Sec. 147.03 R.C. |

EEOC, CINCINNATI AREA OFFICE

JUL 2 6 2018
RECEIVED