# UNITED STATES DISTRICT COURT
## for the
### Southern District of Ohio

|  |  |  |
|---|---|---|
| Mark Pannek, Thomas Strotman | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    1:19-cv-00852-SJD |
| U.S. Bank National Association | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Mark Pannek and Thomas Strotman

Date:    10/08/2019

_____
*Attorney's signature*

Joshua M. Smith (0092360)
*Printed name and bar number*

2623 Erie Avenue
Cincinnati, Ohio 45208
*Address*

jms@sspfirm.com
*E-mail address*

(513) 533-6715
*Telephone number*

(513) 533-2999
*FAX number*