# UNITED STATES DISTRICT COURT
### for the
### Southern District of Ohio

| | |
|---|---|
| Mark Pannek, Thomas Strotman | ) |
| *Plaintiff* | ) |
| v. | ) Case No. 1:19-cv-00852-SJD |
| U.S. Bank National Association | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Mark Pannek and Thomas Strotman                                          .

Date:     10/08/2019

_____
*Attorney's signature*

Peter A. Saba (0055535)
*Printed name and bar number*

2623 Erie Avenue
Cincinnati, Ohio 45208
*Address*

pas@sspfirm.com
*E-mail address*

(513) 533-2701
*Telephone number*

(513) 533-2999
*FAX number*