UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Mark Pannek, et al.,

     Plaintiffs,

         v.                                      Case. No. 1:19-cv-00852

U.S. Bank National Association,               Judge Michael R. Barrett

     Defendant.

## ORDER

The above-captioned matter is hereby transferred from the docket of the Honorable

Michael R. Barrett to the Clerk's Office for reassignment.    This matter has been reassigned

to the Honorable Timothy S. Black.

      **IT IS SO ORDERED.**

                                           *s/Michael R. Barrett*
                                      Michael R. Barrett, Judge
                                      United States District Court