## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| **MARK PANNEK, et al.,** | : | Case No. 1:19-cv-00852 |
| | : | |
| Plaintiffs, | : | Judge Matthew W. McFarland |
| | : | |
| v. | : | |
| | : | **NOTICE OF FILING DEPOSITION** |
| **U.S. BANK NATIONAL ASSOCIATION,** | : | **TRANSCRIPTS** |
| | : | |
| Defendant. | : | |
| | : | |

Now comes Plaintiffs, Mark Pannek and Thomas Strotman, by and through undersigned counsel, and hereby gives notice of the filing of the written transcripts and exhibits of the following depositions:

1. David Little, taken on September 16, 2021; and

2. Diane Watson, taken on August 27, 2021.

I certify that the written deposition transcriptions being filed are true records of the depositions that were certified by the officer who took the depositions and that the testimony has not been altered in any way.

Respectfully submitted,

*/s/ Joshua M. Smith*

1

        Peter A. Saba (0055535)
        Joshua M. Smith (0092360)
        STAGNARO, SABA
        & PATTERSON CO., L.P.A.
        2623 Erie Avenue
        Cincinnati, Ohio 45208
        (513) 533-2701
        (513) 533-2711 (fax)
        pas@sspfirm.com
        jms@sspfirm.com
        **Attorneys for Plaintiff Mark Pannek and Thomas Strotman**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and accurate copy of the foregoing was served on all counsel of record via CM/ECF this 3rd day of November 2021.

*/s/ Joshua M. Smith*
Joshua M. Smith (0092360)
