## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| MARK PANNEK, et al. | ) | CASE NO. 1:19-CV-00852 |
| | ) | |
| *Plaintiff,* | ) | Judge Jeffrey P. Hopkins |
| | ) | |
| v. | ) | |
| | ) | |
| U.S. BANK NATIONAL ASSOCIATION, | ) | |
| | ) | **NOTICE OF WITHDRAWAL OF** |
| *Defendant.* | ) | **JAMIE M. GOETZ-ANDERSON** |

Please take notice that attorney Jamie M. Goetz-Anderson hereby moves to by withdrawn as counsel for the Defendant, U.S. Bank National Association, in this case and removed from the service list.  Patricia Anderson Pryor of the law firm Jackson Lewis P.C. will remain counsel of record for Defendant.

Respectfully submitted,

*s/ Jamie M. Goetz-Anderson*
Patricia Anderson Pryor (00069545)
Jamie M. Goetz-Anderson (0083562)
JACKSON LEWIS P.C.
201 E. Fifth Street, 26th Floor
Cincinnati, Ohio 45202
Telephone: (513) 898-0050
Facsimile: (513) 898-0051
E-mail:  pryorp@jacksonlewis.com
E-mail:  jamie.goetz-anderson@jacksonlewis.com

*Counsel for Defendant*
*U.S. Bank National Association*

<u>**CERTIFICATE OF SERVICE**</u>

 I hereby certify that a copy the foregoing was electronically filed through the Court's CM/ECF system on December 28, 2022, and that such system will send electronic notification of the filing to counsel of record.

           */s/ Jamie M. Goetz-Anderson*
           Jamie M. Goetz-Anderson

4889-2803-9494, v. 1

4889-2803-9494, v. 1