IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

MARK PANNEK AND THOMAS STROTMAN,

*Plaintiffs*,

vs.

U.S. BANK NATIONAL ASS'N,

*Defendant*.

:
:
:
:
:
:
:
:
:
:
:

Case No. 1:19-cv-852

Judge Jeffery P. Hopkins

---

**JUDGMENT IN A CIVIL CASE**

---

| ☐ **Jury Verdict.** | This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict. |
|---|---|
| ☐ **Decision by Court.** | This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered. |
| ☒ **Decision by Court.** | This action was decided by the Court without a trial or hearing. |

**IT IS ORDERED AND ADJUDGED** that pursuant to the August 8, 2025 Order, U.S. Bank's Motions for Summary Judgment (Docs. 43, 44) are **GRANTED**. The Clerk is directed to enter judgment for U.S. Bank and terminate this matter from the docket.

Dated:  August 8, 2025

Richard W. Nagel, Clerk of Court
By: /s Karli Colyer
Deputy Clerk