# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| **MARK PANNEK, et al.,** | : | Case No. 1:19-cv-00852 |
| | : | |
| Plaintiffs, | : | Judge Jeffery P. Hopkins |
| | : | |
| v. | : | **NOTICE OF APPEAL** |
| | : | |
| **U.S. BANK NATIONAL ASSOCIATION,** | : | |
| | : | |
| Defendant. | : | |

Notice is hereby given that Plaintiffs Mark Pannek and Thomas Strotman hereby appeal to the United States Court of Appeals for the Sixth Circuit from the Order Granting Defendant's Motion for Summary Judgment entered in this action on the 8th day of August, 2025.

Respectfully submitted,

/s/ Joshua M. Smith
Peter A. Saba (0055535)
Joshua M. Smith (0092360)
Bailey E. Sharpe (0103565)
SSP LAW CO., L.P.A.
2623 Erie Avenue
Cincinnati, Ohio 45208
(513) 533-2701
(513) 533-2711 (fax)
pas@sspfirm.com
jms@sspfirm.com
bes@sspfirm.com
**Attorneys for Plaintiff Mark Pannek and Thomas Strotman**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing Notice of Appeal was served on all counsel of record via CM/ECF this 3rd day of September, 2025.

/s/ Joshua M. Smith
Joshua M. Smith (0092360)