IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| MARK PANNEK, et al., | : | |
| Plaintiff, | : | Case No. 1:19-cv-00852-JPH-KLL |
| v. | : | |
| | : | Judge Jeffery P. Hopkins |
| U.S. BANK NATIONAL ASSOCIATION, | : | |
| | : | ITEMIZATION OF FEES AND DISBURSEMENTS IN SUPPORT OF DEFENDANT'S BILL OF COSTS |
| Defendant. | : | |
| | : | |

**Fees for Printed or Electronically Recorded Transcripts**, all of which were filed with the Court (documentation attached as Exhibit A):

| Invoice | Amount |
|---|---|
| Veritext Invoice # 5230667 for the March 26, 2021 deposition transcript of John Gemrich | $441.75 |
| Esquire Invoice # INV1892344 for the March 29, 2021 deposition transcript of Mark Pannek | $2,704.40 |
| Esquire Invoice # INV1891957 for the March 29, 2021 video deposition of Mark Pannek | $1,375.00 |
| Esquire Invoice # INV1894743 for the March 30, 2021 deposition transcript of Thomas Strotman | $1,648.20 |
| Esquire Invoice # INV1892013 for the March 30, 2021 video deposition of Thomas Strotman | $750.00 |
| Veritext Invoice # 4969250 for the April 6, 2021 deposition transcript of Alyson Roberts | $551.55 |
| Veritext Invoice # 4977462 for the April 8, 2021 deposition transcript of Bryan Bolton | $965.50 |
| Veritext Invoice # 5011692 for the April 30, 2021 deposition transcript of Laurie Grey | $631.80 |
| Veritext Invoice # 5261022 for the May 4, 2021 deposition transcript of Lydia Buster | $305.35 |
| **Total of Fees for Printed or Electronically Recorded Transcripts** | **$9,373.55** |
| **Grand Total of Fees Requested** | **$9,373.55** |

4937-2373-9998, v. 1

# EXHIBIT A



**Veritext, LLC - Midwest Region**
Tel. 216-523-1313 Email: billing-oh@veritext.com
Fed. Tax ID: 20-3132569

| Bill To: | Patricia Pryor<br>Jackson Lewis PC<br>201 E 5th Street<br>26th Floor<br>Cincinnati, OH, 45202 | Invoice #: | 4969250 |
|---|---|---|---|
| | | Invoice Date: | 4/26/2021 |
| | | Balance Due: | $551.55 |

**Case: Pannek, Mark Et Al v. US Bank National Association (1:19-cv-00852)**   **Proceeding Type: Depositions**

Job #: 4522687   |   Job Date: 4/6/2021   |   Delivery: Normal
Location:         Cincinnati, OH
Billing Atty:     Patricia Pryor
Scheduling Atty:  Joshua Smith | Stagnaro Saba & Patterson

| Witness: Alyson Roberts | Quantity | Price | Amount |
|---|---:|---:|---:|
| Certified Transcript - Medical, Technical or Video | 167.00 | $2.95 | $492.65 |
| Exhibits | 42.00 | $0.45 | $18.90 |
| Litigation Package-Secure File Suite | 1.00 | $30.00 | $30.00 |
| Electronic Delivery and Handling | 1.00 | $10.00 | $10.00 |

Notes:

| | |
|---|---:|
| Invoice Total: | $551.55 |
| Payment: | $0.00 |
| Credit: | $0.00 |
| Interest: | $0.00 |
| Balance Due: | $551.55 |

TERMS:   Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

---

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

To pay online, go to www.veritext.com
Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

| | |
|---|---|
| Invoice #: | 4969250 |
| Invoice Date: | 4/26/2021 |
| Balance Due: | $551.55 |

53379



**Invoice INV1891957**

2700 Centennial Tower
101 Marietta Street
Atlanta GA 30303
888-486-4044
www.esquiresolutions.com
Tax ID # 45-3463120

| | |
|---|---|
| Date | 4/12/2021 |
| Terms | Net 30 |
| Due Date | 5/12/2021 |

Client Number
Esquire Office
Proceeding Type
Name of Insured
Adjuster
Firm Matter/File #
Client VAL ID
Date of Loss

**Bill To**

Jackson Lewis - Cincinatti
201 East Fifth Street
PNC Center, 26th Floor
Cincinnati OH 45202

**Services Provided For**

Jackson Lewis - Cincinati
Goetz-Anderson, Jamie
201 East Fifth Street
PNC Center, 26th Floor
Cincinnati OH 45202

| Job Date | Job ID | Job Location | Case |
|---|---|---|---|
| 3/29/2021 | J6851180 | Cinncinnati, OHIO | MARK PANNEK, ET AL V. U.S. BANK NATIONAL ASSOCIATION |

| Description | Deponent | Qty | Unit Rate | Tax | Amount |
|---|---|---|---|---|---|
| REMOTE VIDEO HOURLY | Mark Pannek | 8 | 125.00 | | 1,000.00 |
| REMOTE VIDEO OVERTIME HOURLY | Mark Pannek | 2 | 187.50 | | 375.00 |

*Representing Client: Jackson Lewis - New York : Jackson Lewis - Cincinnati*

| | |
|---|---|
| Subtotal | 1,375.00 |
| Shipping Cost (n/a) | 0.00 |
| Total | 1,375.00 |
| Amount Due | $1,375.00 |

Attorney is responsible for payment of all charges incurred. Payment is due by "Due Date" shown on invoice. Failure to pay by "Due Date" may result in the assessment of a late fee. Transcript package typically includes transcript/word index, exhibits, appearance fee, condensed transcript, litigation support disk, shipping, video charges and may include other service charges based on job or region. Some services and rates may vary by job or region. Please contact your local office for specific detail and questions. Full Terms and Conditions are viewable online at www.esquiresolutions.com/terms-conditions. These stated terms and conditions, to the extent they contradict the rules and regulations in Arizona, do not apply. All aspects of this invoice and other business terms comply with the ethical obligations set forth in the AZ Code of Judicial Administration Section 7-206(J)(1)(g)(3) through (6).

Please detach and return this bottom portion with your payment or pay online at

**www.esquireconnect.com**

**Remit to:**

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099

**Federal Express, UPS or Overnight**

Esquire Deposition Solutions, LLC
Lockbox 846099
1950 N. Stemmons Freeway
Suite 5010
Dallas, TX 75208

| | |
|---|---|
| Client Name | Jackson Lewis - Cincinnati |
| Client # | C04377 |
| Invoice # | INV1891957 |
| Invoice Date | 4/12/2021 |
| Due Date | 5/12/2021 |
| Amount Due | $ 1,375.00 |



*Invoice* **INV1892013**

| | |
|---|---|
| 2700 Centennial Tower | |
| 101 Marietta Street | |
| Atlanta GA 30303 | |
| 888-486-4044 | |
| www.esquiresolutions.com | |
| Tax ID # 45-3463120 | |

| | | | |
|---|---|---|---|
| Date | 4/12/2021 | Client Number | C04377 |
| Terms | Net 30 | Esquire Office | Troy |
| Due Date | 5/12/2021 | Proceeding Type | Deposition |
| | | Name of Insured | |
| | | Adjuster | |
| | | Firm Matter/File # | |
| | | Client VAL ID | |
| | | Date of Loss | |

**Bill To**

Jackson Lewis - Cincinatti
201 East Fifth Street
PNC Center, 26th Floor
Cincinnati OH 45202

**Services Provided For**

Jackson Lewis - Cincinati
Pryor, Patricia
201 East Fifth Street
PNC Center, 26th Floor
Cincinnati OH 45202

| Job Date | Job ID | Job Location | Case |
|---|---|---|---|
| 3/30/2021 | J6851286 | Cinncinnati, OHIO | MARK PANNEK, ET AL V. U.S. BANK NATIONAL ASSOCIATION |

| Description | Deponent | Qty | Unit Rate | Tax | Amount |
|---|---|---|---|---|---|
| REMOTE VIDEO HOURLY | Thomas Strotman | 6 | 125.00 | | 750.00 |

*Representing Client: Jackson Lewis - New York ; Jackson Lewis - Cincinnati*

| | |
|---|---|
| Subtotal | 750.00 |
| Shipping Cost (n/a) | 0.00 |
| Total | 750.00 |
| Amount Due | $750.00 |

Attorney is responsible for payment of all charges incurred. Payment is due by "Due Date" shown on invoice. Failure to pay by "Due Date" may result in the assessment of a late fee. Transcript package typically includes transcript/word index, exhibits, appearance fee, condensed transcript, litigation support disk, shipping, video charges and may include other service charges based on job or region. Some services and rates may vary by job or region. Please contact your local office for specific detail and questions. Full Terms and Conditions are viewable online at www.esquiresolutions.com/terms-conditions. These stated terms and conditions, to the extent they contradict the rules and regulations in Arizona, do not apply. All aspects of this invoice and other business terms comply with the ethical obligations set forth in the AZ Code of Judicial Administration Section 7-206(J)(1)(g)(3) through (6).

Please detach and return this bottom portion with your payment or pay online at

**www.esquireconnect.com**

| **Remit to:** | **Federal Express, UPS or Overnight** | | |
|---|---|---|---|
| Esquire Deposition Solutions, LLC | Esquire Deposition Solutions, LLC | Client Name | Jackson Lewis - Cincinnati |
| P. O. Box 846099 | Lockbox 846099 | Client # | C04377 |
| Dallas, TX 75284-6099 | 1950 N. Stemmons Freeway | Invoice # | INV1892013 |
| | Suite 5010 | Invoice Date | 4/12/2021 |
| | Dallas, TX 75208 | Due Date | 5/12/2021 |
| | | Amount Due | $ 750.00 |



# Invoice INV1892344

| | |
|---|---|
| Date | 4/12/2021 |
| Terms | Net 30 |
| Due Date | 5/12/2021 |

| | |
|---|---|
| Client Number | C04377 |
| Esquire Office | Troy |
| Proceeding Type | Deposition |
| Name of Insured | |
| Adjuster | |
| Firm Matter/File # | |
| Client VAL ID | |
| Date of Loss | |

2700 Centennial Tower
101 Marietta Street
Atlanta GA 30303
888-486-4044
www.esquiresolutions.com
Tax ID # 45-3463120

**Bill To**

Jackson Lewis - Cincinatti
201 East Fifth Street
PNC Center, 26th Floor
Cincinnati OH 45202

**Services Provided For**

Jackson Lewis - Cincinati
Goetz-Anderson, Jamie
201 East Fifth Street
PNC Center, 26th Floor
Cincinnati OH 45202

| Job Date | Job ID | Job Location | Case |
|---|---|---|---|
| 3/29/2021 | J6851180 | Cinncinnati, OHIO | MARK PANNEK, ET AL V. U.S. BANK NATIONAL ASSOCIATION |

| Description | Deponent | Qty | Unit Rate | Tax | Amount |
|---|---|---|---|---|---|
| APP FEE: FIRST HOUR | Mark Pannek | 1 | 60.00 | | 60.00 |
| APP FEE: ADDITIONAL HOURS | Mark Pannek | 6.5 | 60.00 | | 390.00 |
| APP FEE: ADDITIONAL HOURS OVERTIME | Mark Pannek | 1.5 | 110.00 | | 165.00 |
| REMOTE VIDEO CONFERENCING - COMPLIMENTARY | Mark Pannek | 1 | 0.00 | | 0.00 |
| TRANSCRIPT - O&1-VC-VID-WI | Mark Pannek | 382 | 5.25 | | 2,005.50 |
| EXHIBITS B&W | Mark Pannek | 79 | 0.35 | | 27.65 |
| CONDENSED TRANSCRIPT | Mark Pannek | 1 | 30.00 | | 30.00 |
| PROCESSING & COMPLIANCE | Mark Pannek | 1 | 25.00 | | 25.00 |
| EXHIBITS COLOR | Mark Pannek | 1 | 1.25 | | 1.25 |

*Representing Client: Jackson Lewis - New York : Jackson Lewis - Cincinnati*

| | |
|---|---|
| Subtotal | 2,704.40 |
| Shipping Cost (n/a) | 0.00 |
| Total | 2,704.40 |
| Amount Due | $2,704.40 |

Attorney is responsible for payment of all charges incurred. Payment is due by "Due Date" shown on invoice. Failure to pay by "Due Date" may result in the assessment of a late fee. Transcript package typically includes transcript/word index, exhibits, appearance fee, condensed transcript, litigation support disk, shipping, video charges and may include other service charges based on job or region. Some services and rates may vary by job or region. Please contact your local office for specific detail and questions. Full Terms and Conditions are viewable online at www.esquiresolutions.com/terms-conditions. These stated terms and conditions, to the extent they contradict the rules and regulations in Arizona, do not apply. All aspects of this invoice and other business terms comply with the ethical obligations set forth in the AZ Code of Judicial Administration Section 7-206(J)(1)(g)(3) through (6).

---

Please detach and return this bottom portion with your payment or pay online at

www.esquireconnect.com

**Remit to:**
Esquire Deposition Solutions. LLC
P. O. Box 846099
Dallas, TX 75284-6099

**Federal Express, UPS or Overnight**
Esquire Deposition Solutions, LLC
Lockbox 846099
1950 N. Stemmons Freeway
Suite 5010
Dallas, TX 75208

| | |
|---|---|
| Client Name | Jackson Lewis - Cincinnati |
| Client # | C04377 |
| Invoice # | INV1892344 |
| Invoice Date | 4/12/2021 |
| Due Date | 5/12/2021 |
| Amount Due | $ 2,704.40 |



**Invoice** **INV1894743**

| | |
|---|---|
| 2700 Centennial Tower | |
| 101 Marietta Street | |
| Atlanta GA 30303 | |
| 888-486-4044 | |
| www.esquiresolutions.com | |
| Tax ID # 45-3463120 | |

| Date | 4/14/2021 | Client Number | C04377 |
|---|---|---|---|
| Terms | Net 30 | Esquire Office | Troy |
| Due Date | 5/14/2021 | Proceeding Type | Deposition |
| | | Name of Insured | |
| | | Adjuster | |
| | | Firm Matter/File # | |
| | | Client VAL ID | |
| | | Date of Loss | |

**Bill To**

Jackson Lewis - Cincinatti
201 East Fifth Street
PNC Center, 26th Floor
Cincinnati OH 45202

**Services Provided For**

Jackson Lewis - Cincinatti
Goetz-Anderson, Jamie
201 East Fifth Street
PNC Center, 26th Floor
Cincinnati OH 45202

| Job Date | Job ID | Job Location | Case |
|---|---|---|---|
| 3/30/2021 | J6851286 | Cinncinnati, OHIO | MARK PANNEK, ET AL V. U.S. BANK NATIONAL ASSOCIATION |

| Description | Deponent | Qty | Unit Rate | Tax | Amount |
|---|---|---|---|---|---|
| APP FEE: FIRST HOUR | Thomas Strotman | 1 | 60.00 | | 60.00 |
| APP FEE: ADDITIONAL HOURS | Thomas Strotman | 4.5 | 60.00 | | 270.00 |
| REMOTE VIDEO CONFERENCING - COMPLIMENTARY | Thomas Strotman | 1 | 0.00 | | 0.00 |
| TRANSCRIPT - O&1-VC-VID-WI | Thomas Strotman | 221 | 5.25 | | 1,160.25 |
| EXHIBITS B&W | Thomas Strotman | 37 | 0.35 | | 12.95 |
| CONDENSED TRANSCRIPT | Thomas Strotman | 1 | 30.00 | | 30.00 |
| PROCESSING & COMPLIANCE | Thomas Strotman | 1 | 25.00 | | 25.00 |
| EXHIBITS COLOR | Thomas Strotman | 72 | 1.25 | | 90.00 |

| | |
|---|---|
| Subtotal | 1,648.20 |
| Shipping Cost (n/a) | 0.00 |
| Total | 1,648.20 |
| Amount Due | $1,648.20 |

*Representing Client: Jackson Lewis - New York : Jackson Lewis - Cincinnati*

Attorney is responsible for payment of all charges incurred. Payment is due by "Due Date" shown on invoice. Failure to pay by "Due Date" may result in the assessment of a late fee. Transcript package typically includes transcript/word index, exhibits, appearance fee, condensed transcript, litigation support disk, shipping, video charges and may include other service charges based on job or region. Some services and rates may vary by job or region. Please contact your local office for specific detail and questions. Full Terms and Conditions are viewable online at www.esquiresolutions.com/terms-conditions. These stated terms and conditions, to the extent they contradict the rules and regulations in Arizona, do not apply. All aspects of this invoice and other business terms comply with the ethical obligations set forth in the AZ Code of Judicial Administration Section 7-206(J)(1)(g)(3) through (6).

Please detach and return this bottom portion with your payment or pay online at

**www.esquireconnect.com**

| | | | |
|---|---|---|---|
| | | Client Name | Jackson Lewis - Cincinnati |
| | | Client # | C04377 |
| **Remit to:** | **Federal Express, UPS or Overnight** | Invoice # | INV1894743 |
| Esquire Deposition Solutions, LLC | Esquire Deposition Solutions, LLC | Invoice Date | 4/14/2021 |
| P. O. Box 846099 | Lockbox 846099 | Due Date | 5/14/2021 |
| Dallas, TX 75284-6099 | 1950 N. Stemmons Freeway | Amount Due | $ 1,648.20 |
| | Suite 5010 | | |
| | Dallas, TX 75208 | | |

**Veritext, LLC - Midwest Region**
Tel. 216-523-1313 Email: billing-oh@veritext.co
Fed. Tax ID: 20-3132569



| Bill To: | Jamie M. Goetz-Anderson<br>Jackson Lewis PC<br>201 E 5th Street<br>26th Floor<br>Cincinnati, OH, 45202 | | Invoice #: | 4977462 |
|---|---|---|---|---|
| | | | Invoice Date: | 4/28/2021 |
| | | | Balance Due: | $965.80 |

| Case: Pannek, Mark, et al. v. Us Bank National Association (1:19-cv-00852) | Proceeding Type: Depositions |
|---|---|

Job #: 4522719 | Job Date: 4/8/2021 | Delivery: Normal

Location: Cincinnati, OH
Billing Atty: Jamie M. Goetz-Anderson
Scheduling Atty: Joshua Smith | Stagnaro Saba & Patterson

| Witness: Bryan Bolton | Quantity | Price | Amount |
|---|---|---|---|
| Certified Transcript - Medical, Technical or Video | 303.00 | $2.95 | $893.85 |
| Exhibits | 71.00 | $0.45 | $31.95 |
| Litigation Package-Secure File Suite | 1.00 | $30.00 | $30.00 |
| Electronic Delivery and Handling | 1.00 | $10.00 | $10.00 |

| Notes: | | Invoice Total: | $965.80 |
|---|---|---|---|
| | | Payment: | $0.00 |
| | | Credit: | $0.00 |
| | | Interest: | $0.00 |
| | | Balance Due: | $965.80 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

---

| Please remit payment to:<br>Veritext<br>P.O. Box 71303<br>Chicago IL 60694-1303<br>Fed. Tax ID: 20-3132569 | To pay online, go to www.veritext.com<br>Veritext accepts all major credit cards<br>(American Express, Mastercard, Visa, Discover) | Invoice #: | 4977462 |
|---|---|---|---|
| | | Invoice Date: | 4/28/2021 |
| | | Balance Due: | $965.80 |

53379



**Veritext, LLC - Midwest Region**
Tel. 216-523-1313 Email: billing-oh@veritext.com
Fed. Tax ID: 20-3132569

| Bill To: | Jamie M. Goetz-Anderson<br>Jackson Lewis PC<br>201 E 5th Street<br>26th Floor<br>Cincinnati, OH, 45202 |
|---|---|

| | |
|---|---|
| Invoice #: | 5011692 |
| Invoice Date: | 5/14/2021 |
| Balance Due: | $631.80 |

**Case: Pannek, Mark Et Al v. US Bank National Association (1:19-cv-00852)**   **Proceeding Type: Depositions**

Job #: 4549568  |  Job Date: 4/30/2021  |  Delivery: Normal

Location: Cincinnati, OH
Billing Atty: Jamie M. Goetz-Anderson
Scheduling Atty: Joshua Smith | Stagnaro Saba & Patterson

| Witness: Laurie Grey | Quantity | Price | Amount |
|---|---|---|---|
| Certified Transcript - Medical, Technical or Video | 177.00 | $2.95 | $522.15 |
| Exhibits | 47.00 | $0.45 | $21.15 |
| Litigation Package-Secure File Suite | 1.00 | $30.00 | $30.00 |
| Veritext Exhibit Package (ACE) | 1.00 | $48.50 | $48.50 |
| Electronic Delivery and Handling | 1.00 | $10.00 | $10.00 |

Notes:

| | |
|---|---|
| Invoice Total: | $631.80 |
| Payment: | $0.00 |
| Credit: | $0.00 |
| Interest: | $0.00 |
| Balance Due: | $631.80 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

---

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

To pay online, go to www.veritext.com
Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

| | |
|---|---|
| Invoice #: | 5011692 |
| Invoice Date: | 5/14/2021 |
| Balance Due: | $631.80 |

53379



**Veritext, LLC - Midwest Region**
Tel. 216-523-1313 Email: billing-oh@veritext.cc
Fed. Tax ID: 20-3132569

| | |
|---|---|
| IMPRESS 2332 | |

| Bill To: | Tracy Klensch<br>Jackson Lewis PC<br>201 E 5th Street<br>26th Floor<br>Cincinnati, OH, 45202 | Invoice #: | 5230667 |
|---|---|---|---|
| | | Invoice Date: | 8/30/2021 |
| | | Balance Due: | $441.75 |

**Case:** Pannek, Mark, Et Al. v. US Bank National Association (1:19-cv-00852)     **Proceeding Type: Depositions**

Job #: 4512511 | Job Date: 3/26/2021 | Delivery: Normal
Location: Cincinnati, OH
Billing Atty: Tracy Klensch
Scheduling Atty: Joshua Smith | Stagnaro Saba & Patterson

| Witness: John Gemrich | Quantity | Price | Amount |
|---|---:|---:|---:|
| Certified Transcript - Medical, Technical or Video | 131.00 | $2.95 | $386.45 |
| Exhibits | 34.00 | $0.45 | $15.30 |
| Litigation Package-Secure File Suite | 1.00 | $30.00 | $30.00 |
| Electronic Delivery and Handling | 1.00 | $10.00 | $10.00 |

Notes:

| | |
|---|---:|
| Invoice Total: | $441.75 |
| Payment: | $0.00 |
| Credit: | $0.00 |
| Interest: | $0.00 |
| Balance Due: | $441.75 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

---

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

To pay online, go to www.veritext.com
Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

| Invoice #: | 5230667 |
|---|---|
| Invoice Date: | 8/30/2021 |
| Balance Due: | $441.75 |

53379

**Veritext, LLC - Midwest Region**
Tel. 216-523-1313 Email: billing-oh@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Patricia Pryor<br>Jackson Lewis PC<br>201 E 5th Street<br>26th Floor<br>Cincinnati, OH, 45202 | | Invoice #:<br>Invoice Date:<br>Balance Due: | 5261022<br>9/16/2021<br>$305.35 |
|---|---|---|---|---|

| Case: Pannek, Mark, et al. v. US Bank National Association (1:19-cv-00852) | Proceeding Type: Depositions |
|---|---|

Job #: 4549573   |   Job Date: 5/4/2021   |   Delivery: Normal
Location:         Cincinnati, OH
Billing Atty:     Patricia Pryor
Scheduling Atty:  Joshua Smith | Stagnaro Saba & Patterson

| Witness: Lydia Buster | Quantity | Price | Amount |
|---|---|---|---|
| Original Transcript - Medical, Technical or Video | 61.00 | $4.35 | $265.35 |
| Litigation Package-Secure File Suite | 1.00 | $30.00 | $30.00 |
| Electronic Delivery and Handling | 1.00 | $10.00 | $10.00 |

| Notes: | | Invoice Total: | $305.35 |
|---|---|---|---|
| | | Payment: | $0.00 |
| | | Credit: | $0.00 |
| | | Interest: | $0.00 |
| | | Balance Due: | $305.35 |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month.  Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

---

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

To pay online, go to www.veritext.com
Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

| Invoice #: | 5261022 |
|---|---|
| Invoice Date: | 9/16/2021 |
| Balance Due: | $305.35 |

53379