**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **MARK PANNEK, et al.,** | : | Case No. 1:19-cv-00852-JPH-KLL |
| Plaintiff, | : | |
| | : | Judge Jeffery P. Hopkins |
| v. | : | |
| **U.S. BANK NATIONAL ASSOCIATION,** | : | |
| Defendant. | : | |

### DECLARATION UNDER PENALTY OF PERJURY OF PATRICIA ANDERSON PRYOR PURSUANT TO 28 U.S.C. § 1746

I, Patricia Anderson Pryor, being more than age eighteen and competent to testify about the matters contained herein, hereby declare and state as follows upon personal knowledge and information:

1. I am an attorney practicing law at the law firm Jackson Lewis P.C. My job title is Principal.

2. I am counsel for Defendant U.S. Bank National Association in the above-captioned matter.

3. I have personal knowledge of the facts contained herein.

4. On September 12, 2025, I filed a Bill of Costs in favor of Defendant in this case.

5. Pursuant to 28 U.S.C. § 1924 I hereby state that the items in Defendant's Bill of Costs, the supporting Itemization of Fees and Disbursements in Support of Defendant's Bill of Costs, and Exhibit attached thereto are correct and were necessarily incurred in the defense of this case. The services for which the fees listed in the Bill of Costs have been charged were actually and necessarily performed.

1

2

      I, Patricia Anderson Pryor, declare under penalty of perjury under the laws of the United States of America that the foregoing is true and accurate.

| | |
|---|---|
|  9/12/25 | _____ |
| Date of Execution | Patricia Anderson Pryor |

4934-5831-9198, v. 1