# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

| | |
|---|---|
| **MARK PANNEK, et al.,** | Case No. 25-3706 |
| Plaintiffs, | |
| v. | **PLAINTIFFS' MOTION TO STAY COST PROCEEDINGS PENDING APPEAL** |
| **U.S. BANK NATIONAL ASSOCIATION,** | |
| Defendant. | |

Now comes Plaintiffs-Appellants Mark Pannek and Thomas Strotman (collectively, the "Plaintiffs"), and for the reasons set forth below, request that all proceedings regarding Defendant U.S. Bank National Association's ("Defendant") request for costs be stayed pending appeal. Before filing this motion, and pursuant to 6th Cir. R. 7.3(b), counsel for Plaintiffs contacted counsel for Defendant on September 30, 2025, and October 2, 2025, to determine whether Defendant would consent to this motion. As of 2:45 p.m. on October 2, 2025, Counsel for Defendant has not responded.

The Court granted Defendant's motion for summary judgment and entered judgment on August 8, 2025. Plaintiffs filed a notice of appeal on September 3, 2025, and Defendant filed a bill of costs on September 12, 2025. Plaintiffs' appeal is pending. In the event of reversal, Defendant's request for costs will be moot. In

1

addition, the Sixth Circuit Mediation Office has scheduled a Mediation Conference on October 8, 2025, at 9:30am.

In the interest of judicial economy for the Court and all parties, Plaintiffs request that proceeding regarding Defendant's bill of costs be stayed pending the outcome of the instant appeal.

Respectfully submitted,

/s/ Joshua M. Smith
Peter A. Saba (0055535)
Joshua M. Smith (0092360)
Bailey E. Sharpe (0103565)
SSP LAW CO., L.P.A.
2623 Erie Avenue
Cincinnati, Ohio 45208
(513) 533-2701
(513) 533-2711 (fax)
pas@sspfirm.com
jms@sspfirm.com
bes@sspfirm.com
**Attorneys for Plaintiffs**

## CERTIFICATE OF SERVICE

I certify that a copy of the forgoing Motion to Stay Costs Proceedings Pending Appeal has been served via the court's CM/ECF system.

/s/ Joshua M. Smith
Joshua M. Smith (0092360)