UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| MARK PANNEK, et al.,<br>    Plaintiffs, | Case No. 1:19-cv-852<br>Hopkins, J.<br>Litkovitz, M.J. |
| vs. | |
| U.S. BANK NATIONAL ASSOCIATION,<br>    Defendant. | **ORDER** |

This matter is before the Court on plaintiffs' motion to stay cost proceedings pending appeal (Doc. 65), to which defendant has not responded.

For good cause shown, the motion is **GRANTED**.

**IT IS SO ORDERED**.

Date: 1/2/2026

Karen L. Litkovitz
United States Magistrate Judge