**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT
100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Kelly L. Stephens
Clerk

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: September 21, 2026

Mr. Richard W. Nagel
U.S. District Court
for the Southern District of Ohio
100 E. Fifth Street
103 Potter Stewart U.S. Courthouse
Cincinnati, OH 45202

Re: Case No. 25-3706
*Mark Pannek, et al v. U.S. Bank National Association*
Originating Case No. 1:19-cv-00852

Dear Clerk,

Enclosed is a copy of the mandate filed in this case.

Sincerely yours,

s/Avery Cook-Porter, Clerical Intern
Case Management Specialist: Sharday

cc: Ms. Patricia Kelly Gavigan
Mr. Jeffrey M. Nye
Ms. Patricia Anderson Pryor
Mr. Peter Andrew Saba
Ms. Bailey Sharpe
Mr. Joshua Michael Smith

Enclosure

**UNITED STATES COURT OF APPEALS**
**FOR THE SIXTH CIRCUIT**

No: 25-3706

Filed: September 21, 2026

MARK PANNEK; THOMAS STROTMAN

Plaintiffs - Appellants

v.

U.S. BANK NATIONAL ASSOCIATION

Defendant - Appellee

MANDATE

Pursuant to the court's disposition that was filed 08/07/2026 the mandate for this case hereby issues today.

COSTS: None