AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Southern District of Ohio

Mark Pannek, et al.
*Plaintiff*
v.
U.S. Bank National Association
*Defendant*

Case No. 1:19-cv-00852

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

U.S. Bank National Association .

Date: 11/17/2026

/s/ Patricia K. Gavigan
*Attorney's signature*

Patricia K. Gavigan (0081258)
*Printed name and bar number*

c/o Jackson Lewis
PNC Center
201 E. Fifth Street
Cincinnati, OH 45202
*Address*

tricia.gavigan@jacksonlewis.com
*E-mail address*

(513) 621-3441
*Telephone number*

(513) 898-0051
*FAX number*